FILED-CLERK
U.S. DISTRICT COURT
2011 JUN 10  PM 4: 28
TEXAS-EASTERN
BY_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

_David E. Mack_
(Plaintiff)

vs                                    Case No. _4:11CV343_

_Michael J. Scott, P.C. et al_
(Defendant)

MOTION TO PROCEED IN FORMA PAUPERIS

I, plaintiff, _David E. Mack_,

respectfully moves this Honorable Court for leave to proceed in this matter without payment of

fees, costs, or security.

Attached hereto is an affidavit in support of my motion to proceed in forma pauperis.

Respectfully submitted,

Plaintiff _David E. Mack_

Address _7720 McCallum Blvd._

_#2099_

_Dallas, Texas 75252_

Phone _972-735-9642_

Date _6 - 10 - 2011_

AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

INSTRUCTIONS: Complete all questions in this affidavit and then sign it.  Do not leave any blanks.  If the answer to a question is "0", "none", or "not applicable (NA)", write in that response.  If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1.      Are you presently employed? YES _____     NO _**X**_

   (a) If the answer is "YES", state the amount of your gross salary or wages per month and give the name and address of your employer.

   $_____ per month

   Employer _____

   _____

   (b) If the answer is "NO", state the date of last employment and the amount of the gross salary and wages per month which you received.

   $_ 4,000 _ per month

   Employer _J.C. Resources - November 2008_

   _____

2.      Is your spouse presently employed? YES _____     NO _N/A_

   If the answer is "YES", state the gross amount of his/her salary or wages per month and give the name and address of his/her employer.

   $_____ per month

   Employer _____

   _____

3.    Have you or your spouse received within the past twelve (12) months any money from any of the following sources:

    (a)    Business, profession, or form of self-employment?   YES _____   NO **X**

    (b)    Rent payment, interest or dividends?   YES _____   NO **X**

    (c)    Pensions, annuities, or life insurance payment?   YES **X**   NO _____

    (d)    Gifts or inheritances?   YES **X**   NO _____

    (e)    Any other sources?   YES _____   NO **X**

If the answer to any of the above questions is "YES", describe each source of money and state the amount received from each during the last twelve (12) months and by whom.

_Social Security 875/mo. Pension 230/mo_
_Gifts of 1020/ past year._

4.    How much cash do you and your spouse have? $ _18_ .

5.    List any money you or your spouse have in bank accounts or in any other financial institution and the name of the financial institution.

_First Convenience Bank $24_
_Washington Federal $50_

6.    List the assets and the values which you or your spouse own.  Do not list clothing and ordinary household furnishings.

Home Address _N/A_

Value of Home _N/A_

Motor Vehicle #1 Make, Year, Model _2000 Buick Century_

Value of Motor Vehicle #1 _$1500_

3

Motor Vehicle #2 Make, Year, Model _____

Value of Motor Vehicle #2 _____

7.  Do you or your spouse own any other real estate, stocks, bonds, notes, automobiles, or other valuable property not listed above (excluding ordinary household furnishings and clothing)?
YES _____   NO __X__

If the answer is "YES", describe the property and state its approximate value.

_____

_____

8.  List the persons who are dependent upon you or your spouse for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_____ *N/A* _____

_____

9.  Do you expect any major changes to your spouse's monthly income or expenses or in your or your spouse's assets or liabilities during the next 12 months?
YES _____   NO __X__

If yes, describe below or on an attached sheet.

_____

_____

10.  Estimate the average monthly expenses of you and your family.  If different, list separately the amounts paid by your spouse.

Rent or home-mortgage payment _____ *569* _____

Utilities (electricity, heating fuel, water, sewer, and phone) _____ *330* _____

Home maintenance (repairs and upkeep) _____ *N/A* _____

Food _____ *100* _____

4

Clothing _____ *0*_____

Laundry and dry-cleaning _____ *$12*_____

Medical and dental expenses _____ *0*_____

Transportation (not including motor vehicle payments) ____ *$100*_____

Recreation, entertainment, newspapers, magazines, etc. _____ *0*_____

Insurance (not deducted from wages or include in mortgage payments)

    Homeowner's or renter's insurance _____ *0*_____

    Life insurance _____ *$35*_____

    Health insurance _____ *0*_____

    Motor vehicle insurance ____ *$54*_____

    Other insurance _____ *N/A*_____

Taxes (not deducted from wages or included in mortgage payments) _____

Installment payments

    Motor vehicle _____ *N/A*_____

    Credit card _____ *N/A*_____

    Department store credit card _____ *N/A*_____

    Other installment payments _____ *N/A*_____

Alimony, maintenance and support paid to others _____ *N/A*_____

Regular expenses for operation of business, profession, or farm (attach a detailed

    statement) _____ *N/A*_____

Other expenses _____ *N/A*_____

11.     Provide any other information that will help explain why you cannot pay the filing fees
        for your case.

        _____

        _____

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the filing
fees of my case.  I believe that I am entitled to redress.  I swear or affirm under penalty of perjury
under United States laws that my answers on this form are true and correct.
(28 U.S.C. 1746, 18 U.S.C. 1621)

                                        _____
                                                    Signature of Applicant