# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DAVID E. MACK | § | |
| | § | |
| v. | § | Case No. 4:11cv343 |
| | § | Judge Schneider/Judge Mazzant |
| MICHAEL J. SCOTT, P.C., ET AL. | § | |

## ORDER

On June 10, 2011, Plaintiff filed a motion for leave to proceed *in forma pauperis* (Dkt. 2). Having considered Plaintiff's motion, it is hereby

**ORDERED** that Plaintiff's motion for leave to proceed *in forma pauperis* is **GRANTED**. It is further

**ORDERED** that Plaintiff shall prepare service of process on the named Defendants in accordance with the Federal Rules of Civil Procedure, the Local Rules for the Eastern District of Texas and the Guidelines for a *Pro Se* Plaintiff in the United States District Court for the Eastern District of Texas. It is further

**ORDERED** that the Clerk of the Court shall issue process and the United States Marshal shall serve process upon the Defendants within thirty (30) days of receiving completed process from the Clerk of the Court. It is finally

**ORDERED** that the failure by Plaintiff to comply with the orders contained herein shall result in the dismissal of this lawsuit.

**SO ORDERED.**
**SIGNED** this 14th day of June, 2011.

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE