UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

*FILED-CLERK*
*U.S. DISTRICT COURT*

*2011 JUL 18 PM 2: 34*

*TEXAS-EASTERN*

*BY_____*

|                                         |   |                        |
|-----------------------------------------|---|------------------------|
| David E Mack                            | ) |                        |
|          Plaintiff                      | ) |                        |
|                                         | ) | Case No. 4:11CV343     |
| vs                                      | ) |                        |
|                                         | ) |                        |
|                                         | ) |                        |
| Palisades Collection, LLC et al         | ) |                        |
|          Defendants                     | ) |                        |
|                                         | ) |                        |

~~JUDGMENT BY DEFAULT~~ Request for Clerks Entry of Default

David E Mack, the Plaintiff in this case, deposes and says under penalty of perjury:

1.  I am the Plaintiff in the above-entitled action.  I am familiar with all the facts and circumstances in this action.

2.  I make this affirmation pursuant to Rule 55.1 and 55.2(A) of the Federal Civil Rules for the Eastern District of Texas in support of Plaintiff's application for the entry of a default judgment against Defendant Michael J. Scott.

3.  This is an action to recover statutory damages owed by the Defendant Michael J. Scott for violation of the Fair Debt Collection Practices Act.  The defendant is not an infant, in the military, nor an incompetent person.

4.  Jurisdiction of the subject matter is based on Plaintiff at all times being a citizen of the United States and resident of Collin County, Texas per the DCPA §813.

5.  This action was commenced on June 10, 2011 by the filing of the summons and complaint.  A copy of the summons and complaint was served on the Defendant on June 21, 2011 by the United States Marshals Service.  Service was made via the United States Postal Service on June 21, 2011 requiring a signed receipt certificate number 70110470000277631372 pursuant to FRCP 4 and 12 on the Defendant, Michael J. Scott located at 1120 Metrocrest Drive Suite 100, Carrollton, Texas 75006. Proof of service was filed with the Clerk of the Court and the Court assigned the case number 4:11CV343.

6.  Defendant has not answered the complaint and the time for Defendant to answer the complaint has expired ref FRCP 12.

7. This action seeks judgment for statutory damages in the amount of $1,000.00 plus costs which is justly due and owing and no part of which has been paid to date.


    WHEREFORE, Plaintiff requests the entry of Default and the entry of the annexed Judgment against the Defendant.


Dated:  In Dallas, Texas, July 18, 2011


                       Respectfully Submitted,

                       David E Mack
                       7720 McCallum Blvd. #2099
                       Dallas, Texas 75252
                       972-735-9642

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the document above was sent to the parties listed below by first class mail USPS.


Michael J. Scott
1120 Metrocrest Drive Suite 100
Carrollton, Texas 75006

Dated July 18, 2011


David E Mack