UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

David E Mack

v.   Civ. No. 4:11CV343 _____

Palisades Collection, LLC et al

AFFIDAVIT IN SUPPORT OF CLERK'S ENTRY OF DEFAULT

I hereby certify that I am the plaintiff or the attorney of record for the plaintiff in the above cause, and that defendant _____Michael J. Scott_____ was served by the following method: Certified Mail # 7011 0470 0002 7763 1372 by U.S. Marshals Service on June 21, 2011

I further certify that the defendant has failed to serve an answer or other responsive pleading; no extension has been granted or any extension has expired; the defendant is neither an infant (under age 21) nor an incompetent person; the defendant is not in the active military service of the United States of America or its officers or agents or was not six months prior to the filing of the case.

The Clerk is requested to enter a default against said defendant.

_____[signature]_____
Plaintiff or Attorney for Plaintiff

Date:
07/18/2011

Bar No. _____
7720 McCallum Blvd. #2099
Address
Dallas, Texas 75252

p:\dflt.aff