UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

David E Mack

v.  Civil No. 4:11CV343

Palisades Collection, LLC et al

CLERK'S ENTRY OF DEFAULT

On this __18th__ day of __July__, 20 __11__, it appearing from the affidavit(s) in support of default of __David E Mack__, attorney for plaintiff, that each of the defendants named below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of each of the following named defendants is hereby entered:
Michael J. Scott

DAVID J. MALAND, CLERK

By: /s/ Linda H Jackson
Deputy Clerk

p:\DFLT.ord