UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

David E Mack
    Plaintiff

vs

Palisades Collection, LLC et al
    Defendants

Case No. 4:11CV343

FILED-CLERK
U.S. DISTRICT COURT
2011 JUL 19 PM 4: 27
TEXAS-EASTERN
BY_____

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

TO THE HONORABLE JUDGE OF THIS COURT:

    The Plaintiff, David E Mack, comes before this Court with this Motion for Entry of Default Judgment against Defendant Michael J. Scott and states as follows:

1. Plaintiff has made all filings required of this Court to bring a cause of action against the Defendant, Michael J. Scott, for damages under the Fair Debt Collection Practices Act.

2. Plaintiff has made proper service of the summons and Complaint through the United States Marshals to Defendant, Michael J. Scott, as evidenced by the affidavit of Plaintiff.

3. The time for the Defendant to respond is past and he has made no response to the service of summons and Complaint in this matter and is therefore in default.

4. Plaintiff has made a Request for Clerk's Entry of Default Judgment.

    WHEREFORE, the Plaintiff respectfully requests the entry of a Default Judgment against the Defendant, Michael J. Scott, in this matter be granted by this Honorable Court.

Respectfully Submitted,

David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the document above was sent to Defendant listed below by first class mail USPS.

Michael J. Scott
1120 Metrocrest Drive Suite 100
Carrollton, Texas 75006

Dated July 19, 2011

David E Mack