| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|
| PLAINTIFF<br>DAVID E. MACK | COURT CASE NUMBER<br>4:11cv343 – 2 |
| DEFENDANT<br>PALISADES COLLECTION, LLC, ET AL | TYPE OF PROCESS<br>summons, order, complaint, amd cmp. |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Palisades Collection, LLC

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
210 Sylvan Avenue   Englewood Cliffs, NJ 07632

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

David E. .Mack
7720 McCallum Blvd #2099
Dallas, TX 75252

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Palisades Collection, LLC
210 Sylvan Ave
Englewood Cliffs, NJ 07632

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Andrea Kelly   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Andrea Kelly                       6/23/11

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7011 0470 0002 7763 1341

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Signature of ...ty or Clerk: YMK   Date: 6/17/11

---

Name and title of individual served (if not shown above)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG - 1 2011

DAVID J. MALAND, CLERK
BY DEPUTY

Address (complete only different than shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 6/23/11   Time: 1:90 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8.00 | — | — | 8.00 | — | 8.00  $0.00 |

REMARKS: IFP Order
Certified mail 7011 0470 0002 7763 1341

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00