# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DAVID E. MACK | § | |
| | § | |
| V. | § | CASE NO. 4:11cv343 |
| | § | (Judge Schneider/Judge Mazzant) |
| PALISADES COLLECTION, LLC, ET AL. | § | |

## ORDER

Plaintiff's Motion for Entry of Default Judgment against Defendant Michael J. Scott (Dkt. #11) was filed on July 19, 2011.  Defendant Michael J. Scott has not filed a response.  Defendant Scott shall file a response on or before August 17, 2011, or notify the Court that there is no opposition.  If no response is filed by that date, the Court will assume Defendant has no opposition to the Court granting Plaintiff's motion.

**IT IS SO ORDERED**.

**SIGNED this 10th day of August, 2011.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE