# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID E. MACK | § | |
| | § | |
| V. | § | CASE NO. 4:11cv343 |
| | § | (Judge Schneider/Judge Mazzant) |
| PALISADES COLLECTION, LLC, ET AL. | § | |

### ORDER

Pending before the Court is Plaintiff's Motion to Quash (Dkt. #21). As the Court has treated Plaintiff's motion to quash as a response to Defendant Michael J. Scott, P.C. and Michael J. Scott's Motion to Dismiss, the Court finds that Plaintiff's motion should be denied as moot.

It is therefore **ORDERED** that Plaintiff's Motion to Quash (Dkt. #21) is DENIED as moot.

**IT IS SO ORDERED**.

**SIGNED this 15th day of August, 2011.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE