4:11cv343  4:11cv344

PLEASE EXECUTE THIS ACKNOWLEDGMENT OF RECEIPT AND RETURN TO U.S. DISTRICT CLERK. (NO POSTAGE NEEDED.)

TO: David E. Mack

RE: Mack V. Palisades

RECEIVED:
4:11cv343 - 19
4:11cv344 - 18

on this 11th day of August, 2011.

SIGNED: David E. Mack
(Addressee/Agent for Addressee)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 16 2011

DAVID J. MALAND, CLERK
BY
DEPUTY