| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☑ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 8/18/11 |
| 1. Article Addressed to:<br><br>David E. Mack<br>7720 McCallum Blvd<br>No. 2209<br>Dallas, Tx 75252 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>Case No. 4:11cv343/22+23<br>Case No. 4:11cv344/21+22<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7010 2780 0000 9134 8592 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 2 2 2011

DAVID J. MALAND, CLERK
BY
DEPUTY _____