## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **DAVID E. MACK,** | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Civil Action No. 4:11-cv-00343 |
| **MICHAEL J. SCOTT, P.C., et al.,** | ) ) ) | |
| *Defendants.* | ) ) | |

### PROPOSED ORDER

On this day, came to be considered Plaintiff's Motion to Quash Answer and Affirmative Defenses. The Court, having reviewed the Motion, Palisades's Response, and any argument of counsel, finds the motion should be **DENIED**.

It is therefore, **ORDERED, ADJUDGED** and **DECREED** that Plaintiff's Motion to Quash Answer and Affirmative Defenses is hereby **DENIED**.

Date signed: _____

_____
Judge Presiding