**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David Mack
7720 McCallum Blvd
#2099
Dallas, TX 75252

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☑ Addressee

B. Received by (Printed Name)   C. Date of Delivery 9/6/11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

4:11cv344 + 4:11cv343
(26)   (27)

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7010 2780 0000 9134 8677

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP - 8 2011

DAVID J. MALAND, CLERK
BY
DEPUTY _____