**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 26 2011

DAVID J. MALAND, CLERK
BY
DEPUTY

David E. Mack
7120 McCallum Blvd.
#2209
Dallas, Tx 75252

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                             ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
                                  9/21/11

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

4:11cv344  #30
4:11cv343  #31

3. Service Type
☒ Certified Mail        ☐ Express Mail
☐ Registered            ☒ Return Receipt for Merchandise
☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
(Transfer from service label)

7010 2780 0000 9134 8868

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540