PLEASE EXECUTE THIS ACKNOWLEDGEMENT OF RECEIPT AND RETURN TO U.S. DISTRICT CLERK. (NO POSTAGE NEEDED.)

TO: David E. Mack
4:11cv343, 344

RE: Mack V. Palisades Collection

RECEIVED:
343 - Order #31
344 - Order #30

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
on this 27th day of September, 20 11.

SEP 27 2011

SIGNED: _____
(Addressee/Agent for Addressee)

DAVID J. MALAND, CLERK
BY
DEPUTY_____