UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAVID E. MACK, | ) |
| | ) |
| *Plaintiff*, | ) |
| v. | ) |
| | ) Civil Action No. 4:11-cv-00343-MHS-ALM |
| PALISADES COLLECTION, LLC, | ) |
| MICHAEL J. SCOTT, AND | ) |
| MICHAEL J. SCOTT, PC | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

**DEFENDANT, PALISADES COLLECTION, LLC'S, CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant, Palisades Collection, LLC ("Palisades"), through the undersigned counsel, hereby discloses the following pursuant to this Court's order:

1. For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:

Palisades Collection, LLC is a subsidiary of and 100% owned by Asta Funding, Inc., a publicly held corporation.

2. A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

David E. Mack

Jessica Eckstein

Michael J. Scott

Michael J. Scott, PC

Palisades Collection, LLC

Jessica A. Hawkins
Sessions, Fishman, Nathan & Israel, LLC
900 Jackson Street, Suite 440
Dallas, Texas 75202
Telephone: 214-741-3001

        Respectfully submitted,

        /s/ Jessica A. Hawkins
        Jessica A. Hawkins
        State Bar No. 24068029
        **Sessions, Fishman, Nathan & Israel, LLC**
        900 Jackson Street, Suite 440
        Dallas, Texas 75202
        Telephone: 214-741-3001
        Facsimile: 214-741-3055

        Attorney for Defendant,
        Palisades Collection, LLC

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 10th day of October, 2011, a true and correct copy of this document was filed electronically with the Court and served upon the following:

| *Via U.S. Mail* | *Via ECF* |
|---|---|
| David E Mack | Michael Joseph Scott |
| 7720 McCallum Blvd #2099 | Attorney at Law |
| Dallas, TX 75252 | 3236 Towerwood Drive |
| | Dallas, TX 75234 |
| | 214/234-8456 |
| | Fax: 214/234-8454 |
| | Email: mscott@scott-pc.com |

        /s/ Jessica A. Hawkins
        Jessica A. Hawkins

\\sfnfs02\prolawdocs\8961\8961-27915\Mack, David E. (Pro Se)\570574.doc