# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **DAVID E. MACK,** | ) |
| *Plaintiff*, | ) |
| v. | ) |
| | )  Civil Action No. 4:11-cv-00343-MHS-ALM |
| **PALISADES COLLECTION, LLC,** | ) |
| **MICHAEL J. SCOTT, AND** | ) |
| **MICHAEL J. SCOTT, PC** | ) |
| *Defendants.* | ) |

## ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE

After considering Defendant, Palisades Collection, LLC's, Unopposed Motion for Continuance of Scheduling Conference (the "Motion"), the Court hereby GRANTS the Motion.

IT IS ORDERED that the scheduling conference is continued until the 27th day of October 2011, at 11:00 a.m.

**SIGNED this 11th day of October, 2011.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE