# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID E. MACK | § | |
| | § | |
| v. | § | Case No. 4:11cv343 |
| | § | (Judge Schneider/Judge Mazzant) |
| PALISADES COLLECTION, LLC, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On September 15, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Entry of Default Judgment against Defendant Michael J. Scott (Dkt. #11) should be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Motion for Entry of Default Judgment against Defendant Michael J. Scott (Dkt. #11) is **GRANTED** and Plaintiff is entitled to statutory damages from Defendant Michael J. Scott in the amount of $250, pre-judgment and post-judgment interest as allowed by law, and all taxable costs shall be borne by Defendant.

**It is SO ORDERED.**

**SIGNED this 13th day of October, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE