UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAVID E. MACK, ) | |
| ) | |
| *Plaintiff*, ) | |
| v. ) | |
| ) | Civil Action No. 4:11-cv-00343-MHS-ALM |
| PALISADES COLLECTION, LLC, ) | |
| MICHAEL J. SCOTT, MICHAEL J. ) | |
| SCOTT, PC,  AND JESSICA ) | |
| ECKSTEIN, ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

## NOTICE OF SETTLEMENT

NOW COMES Defendant, Palisades Collection, LLC ("Palisades"), and hereby informs the court that a settlement of the present matter has been reached between Plaintiff, David E. Mack and Palisades.  The parties are currently in the process of executing the aforementioned settlement agreement, which is anticipated to be completed within the next 30 days.

Respectfully submitted,

/s/ Jessica A. Hawkins
Jessica A. Hawkins
State Bar No. 24068029
**SESSIONS FISHMAN NATHAN & ISRAEL LLC**
900 Jackson Street, Suite 440
Dallas, Texas 75202
Telephone:  214-741-3001
Facsimile:  214-741-3055
Email: jhawkins@sessions-law.biz

*Attorney for Defendant,*
*Palisades Collection, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of October, 2011, a true and correct copy of this document was filed electronically with the Court and served upon the following:

| *Via U.S. Mail* | *Via ECF* |
|---|---|
| David E Mack | Michael Joseph Scott |
| 7720 McCallum Blvd #2099 | Attorney at Law |
| Dallas, TX 75252 | 3236 Towerwood Drive |
| | Dallas, TX 75234 |
| | 214/234-8456 |
| | Fax: 214/234-8454 |
| | Email: mscott@scott-pc.com |

      /s/ Jessica A. Hawkins
      Jessica A. Hawkins