PLEASE EXECUTE THIS ACKNOWLEDGEMENT OF RECEIPT AND RETURN TO U.S. DISTRICT CLERK.   (NO POSTAGE NEEDED.)

TO: David E. Mack

RE: Mack V. Palisades
    Mack V. JA Cambece

RECEIVED:
4:11cv343 #38
4:11cv344 #37
4:11cv347 #19

on this 14th day of October, 2011.

SIGNED: _____
(Addressee/Agent for Addressee)

BY
DEPUTY