# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DAVID E. MACK | § | |
| | § | |
| V. | § | CASE NO. 4:11cv343 |
| | § | (Judge Schneider/Judge Mazzant) |
| PALISADES COLLECTION, LLC, ET AL. | § | |

### ORDER OF DISMISSAL

Pending before the Court is Plaintiff's Motion for Order of Dismissal of Defendant Palisades Collection, LLC (Docket No. 48).  Having considered the relevant pleadings, the Court finds that the motion should be granted.

Is it therefore **ORDERED** that Plaintiff's case against Palisades Collection, LLC is hereby DISMISSED with prejudice.  Each party shall bear their own costs.

**It is SO ORDERED.**

**SIGNED this 26th day of October, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

1