| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name ) D. Mack   C. Date of Delivery 11/8/11 |
| 1. Article Addressed to:<br>David Mack<br>7720 McCallum Blvd<br>No. 2099<br>Dallas Tx 75252 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>FILED U.S. DISTRICT COURT EASTERN DISTRICT<br>NOV -7 2011<br>DAVID J. MALAND, CLERK<br>BY DEPUTY<br>4:11cv343/344 [49][50]<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 2780 0000 9134 9148 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540