# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **DAVID E. MACK,** ) | |
| ) | |
| *Plaintiff*, ) | |
| v. ) | |
| ) | |
| ) | Civil Action No. 4: 11-cv-00343 |
| **PALISADES COLLECTION, LLC**, *et al.* ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

## AGREED ORDER VACATING DEFAULT JUDGMENT AGAINST MICHAEL J. SCOTT

On this date, the Court grants the Agreed Motion to Vacate Judgment Against Michael J. Scott (Dkt. No. 51).

It is therefore ORDERED that the Memorandum granting Plaintiff's Motion for Entry of Default Judgment Against Defendant Michael J. Scott (Dkt. No. 39) is hereby VACATED.

**It is SO ORDERED.**

**SIGNED this 14th day of November, 2011.**

*/s/ Michael Schneider*
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE