7252752559

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 21 2011
DAVID J. MALAND, CLERK
BY _____
DEPUTY

9-17-11 NSN
LN

CERTIFIED MAIL

7010 1060 0001 6902 4775

$ 005.79⁰
02 1P
0003078588
SEP 15 2011
MAILED FROM ZIP CODE 75090

Dallas, TX 75252

OFFICIAL BUSINESS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
7940 PRESTON ROAD, ROOM 210
PLANO, TEXAS 75024

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>David Mack<br>7720 McCallum Blvd<br># 2209<br>Dallas, TX 75252<br><br>4:11cv343 RER#29 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7010 1060 0001 6902 4775 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540