# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| DAVID E. MACK, | ) |
| *Plaintiff*, | ) |
| v. | ) |
| | ) Civil Action No. 4: 11-cv-00343 |
| PALISADES COLLECTION, LLC, *et al.* | ) |
| *Defendant*. | ) |

## ORDER DISMISSING CASE WITH PREJUDICE

On this day came on to be considered the *Joint Motion for Dismissal with Prejudice* filed by Plaintiff, David E. Mack, and Defendants, Michael J. Scott and Michael J. Scott, P.C.  The Court, being advised of the parties' request that the case be dismissed with prejudice, does hereby ORDER that the joint motion for dismissal with prejudice (Doc. No. 52) is GRANTED and the above-entitled and numbered cause be dismissed with prejudice including all claims and counterclaims with all cost taxed to the party incurring same.

It is SO ORDERED.

SIGNED this 30th day of November, 2011.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE